Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001386
07-JUL-2015
11:36 AM

NO. CAAP-14-0001386

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TODD ATHERTON PERKINS, Plaintiff-Appellee, v.
TAMMY ASH PERKINS, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 11-1-0086)

ORDER DENYING JULY 2, 2015 HRAP RULE 40 MOTION
FOR RECONSIDERATION OF JUNE 23 ORDER DISMISSING
APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, Chief Judge, Foley and Ginoza, JJ.)

Upon review of (1) the June 23, 2015 order dismissing appellate court case number CAAP-14-0001386 for lack of appellate jurisdiction, (2) Defendant-Appellant Tammy Ash Perkins's (Appellant Tammy Perkins) July 2, 2015 motion for reconsideration of the June 23, 2015 dismissal order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record, it appears that this court did not overlook or misapprehend any points of fact or law when we entered the June 23, 2015 order dismissing appellate court case number CAAP-14-0001386 for lack of appellate jurisdiction.

Therefore, IT IS HEREBY ORDERED that Appellant Tammy Perkins's July 2, 2015 HRAP Rule 40 motion for reconsideration of the June 23, 2015 dismissal order is denied.

DATED: Honolulu, Hawai'i, July 7, 2015.

Chief Judge

Associate Judge

Associate Judge